IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 05-362 |
| ALEXANDER LEBED | : | |
| LARISA LEBED | | |

### JUDGMENT AND FINAL ORDER OF FORFEITURE

FILED

MAR 23 2009

MICHAEL ___, Clerk
By_____Dep. Clerk

WHEREAS, on December 29, 2006, this Court entered a Judgment and Order of Forfeiture forfeiting any and all of defendants' interest in the property described below, which was a preliminary order of forfeiture under Fed.R.Crim.P. 32.2(b)(2), and

WHEREAS, pursuant to 21 U.S.C. § 853(n)(1), general notice of the entry of the forfeiture order dated December 29, 2006 and of the government's intent to dispose of the property was published in the Philadelphia Daily News on January 31, February 5, and 14, 2007, and

WHEREAS, no third-party has petitioned the Court for a hearing to adjudicate the validity of any alleged interest in the property named in the forfeiture order dated December 29, 2006, and the time within which to do so has expired, and

WHEREAS, the Court finds, as set forth previously in the forfeiture order dated December 29, 2006, that based upon the defendant's plea agreement, the defendant had an interest in the property named in the Judgment and Order of Forfeiture that is subject to forfeiture;

Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED:

1. All right, title and interest of all persons, their heirs and assigns, in the property listed in the Judgment and Order of Forfeiture dated December 29, 2006, and described below, is extinguished and is fully and finally forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

    A. All funds and securities in Schwab One Account Number 1102-8753, held in the name of Alexander Lebed and Larisa Lebed at Charles Schwab & Co., Inc. and seized on July 16, 2004.

2. All right, title and interest of all persons, their heirs and assigns in the property listed in the Judgment and Preliminary Order of Forfeiture dated December 29, 2006, and described at ¶1 above, is vested in the United States of America and the United States may warrant good title to any subsequent purchaser or transferee.

3. The United States Marshals Service shall dispose of the forfeited property in accordance with the law and the rules of this Court.

_____  3/20/09
HONORABLE MICHAEL M. BAYLSON
United States District Judge