IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 05-362-01 |
| ALEXANDER LEBED | : | |

**FILED**

MAR 25 2009

MICH_____, Clerk
By_____ Dep. Clerk

<u>ORDER</u>

AND NOW, this 20th day of March, 2009, having been convicted of Counts 1, 3, 5, 6, 8, 12, 22, 24, 26 (wire fraud, in violation of 18 U.S.C. § 1343), Counts 28, 31, 34 (mail fraud, in violation of 18 U.S.C. § 1343), and Counts 36, 40, 53, 104, 114, 116, 117, 119, 121, 125 (money laundering, in violation of 18 U.S.C. § 1957) of this indictment, it is HEREBY

**ORDERED**

A.   The defendant shall pay restitution to the United States, for the benefit of the U.S. Department of Education in the amount of $3,421,372, of which $2,472,568 is attributed to the defendant and $948,804 is attributed to the co-defendant Larisa Lebed, under the following terms and conditions:

1.   The defendant shall be given credit proportionally (72% to the defendant, 28% to the co-defendant) toward the payment of the total stipulated restitution amount of $3,421,372, for any proceeds forfeited, paid pursuant to an Order dated July 17, 2006, permitting the Clerk of Court for the Eastern District of Pennsylvania to accept pre-sentence restitution payments, or paid pursuant to this Order.

B.   The following pre-sentence payments by the defendant and co-defendant to the Clerk of Court for the Eastern District of Pennsylvania, and uncontested forfeiture of assets, shall

be credited proportionally to the defendant and co-defendant in satisfaction of the total restitution amount of $3,421,372:

1. $230,498 paid to the U.S. Department of Education on or about February 18, 2005;

2. $2,558,265 forfeited from Schwab One Account Number 1102-8753, pursuant to a preliminary order of forfeiture dated February 15, 2007 and a final order of forfeiture filed March 20, 2009;

3. $625,480 paid to and held in escrow by the Clerk of Court as of August 1, 2007; and

4. $7,130 in interest accrued on the pre-sentence payment to the Clerk of Court described in paragraph B-3.

C. Any additional interest accrued from the above-described prepaid and forfeited assets shall be dispersed to the benefit of the United States government.

BY THE COURT:

_____
HONORABLE MICHAEL M. BAYLSON
*Judge, United States District Court*